# M A N D A T E

THE STATE OF TEXAS

TO THE 79TH JUDICIAL DISTRICT COURT OF JIM WELLS COUNTY, GREETINGS:

Before our Court of Appeals for the Fourth District of Texas on December 31, 2015, the cause upon appeal to revise or reverse your judgment between

Andres Bueno, Appellant

V.

Melissa Hernandez, Appellee

No. 04-14-00255-CV and Tr. Ct. No. 13-03-52114-CV

was determined, and therein our said Court of Appeals made its order in these words:

**Having considered Appellee Melissa Hernandez's motion for en banc reconsideration and Appellant Andres Bueno's response, the panel, acting *sua sponte*, withdraws our August 29, 2014 opinion and judgment, and we substitute this opinion and judgment in their stead.**

**In accordance with this court's opinion of this date, the trial court's order granting Appellee Melissa Hernandez's motion for new trial and denying Appellant Andres Bueno's Chapter 74 motion to dismiss is REVERSED. We RENDER judgment dismissing, with prejudice, Appellee Melissa Hernandez's claims against Appellant Andres Bueno, and we REMAND the cause to the trial court for a determination of court costs and attorney's fees to be awarded to Appellant Andres Bueno pursuant to section 74.351(b)(1). Costs of this appeal are taxed against Appellee Melissa Hernandez.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on December 7, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00255-CV

**Andres Bueno**

**v.**

**Melissa Hernandez**

(NO. 13-03-52114-CV IN 79TH JUDICIAL DISTRICT COURT OF JIM WELLS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | THOMAS J. HENRY |
| MOTION FEE | $10.00 | E-PAID | GREGGORY A. TEETER |
| MOTION FEE | $15.00 | E-PAID | GREGORY TEETER |
| REPORTER'S RECORD | $396.00 | PAID | NAMAN HOWELL SMITH & LEE |
| INDIGENT | $25.00 | E-PAID | RICHARD MCNITZKY |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | RICHARD MCNITZKY |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | RICHARD MCNITZKY |
| FILING | $100.00 | E-PAID | RICHARD MCNITZKY |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this December 7, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853